IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

| | |
|---|---|
| IN RE: § | |
| § | |
| ELI RAMIREZ, § | CASE NO. 05-86707-RCM-7 |
| § | |
| DEBTOR(S). § | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW ON MOTION OF ELI RAMIREZ FOR RECONSIDERATION OF ORDER DISMISSING CASE AND MOTION TO REINSTATE CASE

Following are the court's findings of fact and conclusions of law under Bankruptcy Rules 9014 and 7052 with respect to the motion for reconsideration of order dismissing case and motion to reinstate case. Where appropriate, a finding of fact shall be construed as a conclusion of law and vice versa.

Eli Ramirez, "petitioner" and "movant," filed the foregoing motions on January 4, 2006.

This is a core proceeding under 28 U.S.C. § 1334 and § 157(b)(2)(A) and (O).

On October 24, 2005, the clerk of court entered an order (see Ex. 1 hereto which is incorporated herein by reference) indicating that debtor was to pay the filing fee as shown therein.

While the debtor paid the initial $50 payment, he did not

pay the $75 due on or before November 21, 2005, and per the last paragraph of exhibit 1 hereto, this case was accordingly dismissed on December 7, 2005.

Accordingly, it appears that the dismissal of this case on December 7, 2005 was appropriate. The motion of Eli Ramirez for reconsideration of order dismissing case and motion to reinstate case of should be denied.

Signed this 9th day of January, 2006.

_____
Robert C. McGuire
United States Bankruptcy Judge

BTXN 106 (rev. 2/05)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Eli Ramirez § Case No.: 05-86707-rcm7
 § Chapter No.: 7
 §
Debtor(s) §

# ORDER GRANTING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The Court, after review of the Debtor's application and Court records hereby **GRANTS** his/her request to pay the filing fee in installments. It is, therefore

**ORDERED** that in addition to the **$50.00** paid with the filing of the petition (receipt #319964 ), the Debtor(s) shall pay the **$224.00** balance of the filing fee in installments as follows:

$75.00 on or before **11/21/2005**
$75.00 on or before **12/21/2005**
$74.00 on or before **01/20/2006**

and it is further

**ORDERED** that all payments should be by money order or cashier's check to the U.S. Bankruptcy Office at

1100 Commerce St.
RM 1254
Dallas, TX 75242

and it is further

**ORDERED** that pursuant to Rule 1006 (b)(3), the filing fee must be paid in full before the Debtor or Chapter 13 Trustee may pay an attorney or other provider who renders services to the Debtor(s) in connection with this case; and it is further

**ORDERED** if any installments are not paid on or before the due date, this case shall be dismissed by the Court with prejudice for 180 days without further notice.

DATED: 10/24/05

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/Nicole Brown, Deputy Clerk

# EXHIBIT 1